06/03/2008 11:34 FAX 7029510523    FIDELITY NATIONAL TITLE    ███ 2522    @001/003

Christine    866-183-9784

OMB NO. 2502-0265

**A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**
**FINAL SETTLEMENT STATEMENT**

**B. TYPE OF LOAN:**
1. [X] FHA   2. [ ] FmHA   3. [ ] CONV. UNINS.   4. [ ] VA   5. [ ] CONV. INS.
6. FILE NUMBER: ███236
7. LOAN NUMBER: ███2522
8. MORTGAGE INS CASE NUMBER: 332-4563851-703

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
1 D 3/95 (FT08000K236.PFD/FT08000K238/105)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Emiliano Renteria<br>Martha Renteria<br>912 Swiss Street<br>Las Vegas, NV 89110 | Ezequiel Parra-Gomez<br>904 Swiss Street<br>Henderson, NV 89110 | IndyMac Bank, F.S.B.<br>1 Banting<br>Irvine, CA 92618-3601 |

| G. PROPERTY LOCATION:<br>912 Swiss Street<br>Las Vegas, NV 89110<br>Clark County, Nevada | H. SETTLEMENT AGENT:<br>Fidelity National Title Agency of Nevada, Inc.<br>PLACE OF SETTLEMENT<br>2850 W. Horizon Ridge Pkwy, #120<br>Henderson, NV 89052 | I. SETTLEMENT DATE:<br>May 1, 2008 |
|---|---|---|
| 140-30-612-027 | | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 149,700.00 | 401. Contract Sales Price | 149,700.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 5,807.87 | 403. Credit to Seller from Agent | 394.73 |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes   to | | 406. City/Town Taxes   to | |
| 107. County Taxes 05/01/08 to 07/01/08 | 232.47 | 407. County Taxes 05/01/08 to 07/01/08 | 232.47 |
| 108. n/a   to | | 408. n/a   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **155,740.34** | **420. GROSS AMOUNT DUE TO SELLER** | **150,327.20** |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 147,387.00 | 502. Settlement Charges to Seller (Line 1400) | 11,623.86 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to HomEq Servicing/326579629 | 133,700.00 |
| 205. Closing Funds | 3,350.00 | 505. Payoff Second Mortgage to HomEq Servicing/32557983 | 1,000.00 |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. Buyers costs paid by Seller | 4,003.34 | 509. Buyers costs paid by Seller | 4,003.34 |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes   to | | 510. City/Town Taxes   to | |
| 211. County Taxes   to | | 511. County Taxes   to | |
| 212. n/a   to | | 512. n/a   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **155,740.34** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | **150,327.20** |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 155,740.34 | 601. Gross Amount Due To Seller (Line 420) | 150,327.20 |
| 302. Less Amount Paid By/For Borrower (Line 220) | (155,740.34) | 602. Less Reductions Due Seller (Line 520) | (150,327.20) |
| **303. CASH ( FROM )( TO ) BORROWER** | **0.00** | **603. CASH ( TO )( FROM ) SELLER** | **0.00** |

HUD-1 (3-86) RESPA, HB4305 2

06/03/2008 11:34 FAX 7029510523          FIDELITY NATIONALTITLE                    ☒002/003

Page 2

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $ 149,700.00 @ 5.0000 % 7,485.00 | | |
| Division of Commission (line 700) as Follow: | | | |
| 701. $ 3,742.50 to Robinson & Associate Realty | | | |
| 702. $ 3,742.50 to Robinson & Associate Realty | | | |
| 703. Commission Paid at Settlement | | | 7,485.00 |
| 704. Earnest Money Deposit | to | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee   0.9852 % | to IndyMac Bank, F.S.B. | 1,452.09 | |
| 802. Loan Discount   % | to | | |
| 803. Appraisal Fee | to Legend Appraisals, Inc.   101419DC | | 400.00 |
| 804. Credit Report | to Equifax | 11.00 | |
| 805. Lender's Inspection Fee | to | | |
| 806. Mortgage Ins. App. Fee | to | | |
| 807. Assumption Fee | to | | |
| 808. Tax Service Fee | to IndyMac Bank, F.S.B. | | 75.00 |
| 809. Document Fee | | | |
| 810. Loan Processing Fee | | | |
| 811. Underwriting Fee | | | |
| 812. Underwriting Fee | to IndyMac Bank, F.S.B. | 475.00 | |
| 813. Processing fee | to IndyMac Bank, F.S.B. | 76.00 | |
| 814. | | | |
| 815. Flood Certification | to IndyMac Bank, F.S.B. | 7.00 | |
| 816. MERS Registration Fee | to IndyMac Bank, F.S.B. | 4.95 | |
| 817. | | | |
| 818. | | | |
| 819. | | | |
| 820. Yield Spread Premium | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From 04/30/08 to 05/01/08 | @ $ 25.240000/day ( 1 days 6.2500%) | 25.24 | |
| 902. Mortgage Insurance Premium for   month s to HUD | | 2,178.00 | |
| 903. Hazard Insurance Premium for 1.0 year | to First American Property & Casualty   FWB262484 | 370.00 | |
| 904. Flood Insurance 1.0 year | | | |
| 905. MIP Cash | to HUD | 0.14 | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance | 3 00 months @ $ 30.83 per month | 92.49 | |
| 1002. Mortgage Insurance | months @ $ per month | | |
| 1003. City/Town Taxes | months @ $ per month | | |
| 1004. County Taxes | 3 00 months @ $ 126.67 per month | 380.01 | |
| 1005. n/a | months @ $ per month | | |
| 1006. Flood Insurance | months @ $ per month | | |
| 1007. | months @ $ per month | | |
| 1008. Aggregate Adjustment | months @ $ per month | | |
| 1100. TITLE CHARGES | | | |
| 1101. Escrow Fee | to Fidelity National Title Agency of Nevada, Inc. | | 525.00 |
| 1102. Escrow Fee 2nd | to Fidelity National Title Agency of Nevada, Inc. | | |
| 1103. Express Courier | to Fidelity National Title Agency of Nevada, Inc. | 18.50 | |
| 1104. Title Insurance Binder | to Fidelity National Title Agency of Nevada, Inc. | | |
| 1105. Document Preparation | to Fidelity National Title Agency of Nevada, Inc. | | |
| 1106. Notary Fees | to Fidelity National Title Agency of Nevada, Inc. | | |
| 1107. Attorney's Fees | to Fidelity National Title Agency of Nevada, Inc. | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance | to Fidelity National Title Agency, Inc. | 332.45 | 651.20 |
| (includes above item numbers: ) | | | |
| 1109. Lender's Coverage | 147,387.00   332.45 | | |
| 1110. Owner's Coverage | 149,700.00   651.20 | | |
| 1111. Endorsements | to Fidelity National Title Agency of Nevada, Inc. | 26.00 | |
| 1112. Recon Tracking | to Fidelity National Title Agency of Nevada, Inc. | | 150.00 |
| 1113. Binder Fee | Fidelity National Title Agency of Nevada, Inc. | | |
| 1114. Inspection Fee | Fidelity National Title Agency of Nevada, Inc. | | |
| 1115. | | | |
| 1116. | | | |
| 1117. | | | |
| 1118. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees: Deed $ 16.00 ; Mortgage $ 52.00 ; Releases $ | | 68.00 | |
| 1202. City/County Tax/Stamps: Deed 765.00 ; Mortgage   RPTT | | | 765.00 |
| 1203. State Tax/Stamps: Deed ; Mortgage | | | |
| 1204. Recording fee - Spousal Deed | to Fidelity National Title Agency, Inc. | 15.00 | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | to | | |
| 1302. Pest Inspection | to | | |
| 1303. Home Warranty | to Old Republic Home Protection   14920351 | | 329.00 |
| 1304. 4th Qtr Taxes 2007-2008 | to Clark County Treasurer   140-30-812-027 | | 418.01 |
| 1305. See addit'l disb. exhibit | to | 278.00 | 825.65 |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | 6,807.87 | 11,623.86 |

Certified to be a true copy.

06/03/2008 11:35 FAX  7029510523               FIDELITY NATIONALTITLE                              ☒ 003/003

**HUD-1, Page 3**

Borrower (s): Emiliano Renteria and Martha Renteria          Seller(s): Ezequiel Parra-Gomez
912 Swiss Street                                                       904 Swiss Street
Las Vegas, NV 89110                                                    Henderson, NV 89110

Lender: IndyMac Bank, F.S.B.
Lender:
Settlement Agent: Fidelity National Title Agency of Nevada, Inc.
(702)932-3161
Place of Settlement: 2850 W. Horizon Ridge Pkwy, #120
Henderson, NV 89052
Settlement Date: May 1, 2008
Property Location: 912 Swiss Street
Las Vegas, NV 89110
Clark County, Nevada
140-30-612-027

## Additional Disbursements

| Payee/Description | Note/Ref No. | Borrower | Seller |
|---|---|---|---|
| Washington & Sandhill HOA<br>HOA - May & June Dues | | | 28.00 |
| CAMCO<br>HOA - Transfer Fee | | | 125.00 |
| CAMCO<br>HOA - Seller Document Pkg | | | 165.00 |
| Isidro Ruiz<br>Reimb agent upfront HOA fee | | | 25.00 |
| City Of Las Vegas<br>Sewer | 02-012969 | | 260.65 |
| Robinson & Associates<br>Listing Agent Transaction Fee | | 250.00 | 250.00 |
| Total Additional Disbursements shown on Line 1305 | | $ 278.00 | $ 825.65 |

## Seller Loan Payoff Details

| Payoff First Mortgage | to HimEq Servicing | | Re: 325579829 |
|---|---|---|---|
| Principal Balance | | 133,700.00 | |
| Interest to 04/25/08 | | | |
| Total Loan Payoff | | $ 133,700.00 | |

| Payoff Second Mortgage | to HimEq Servicing | | Re: 325579837 |
|---|---|---|---|
| Principal Balance | | 1,000.00 | |
| Interest to 04/25/08 | | | |
| Total Loan Payoff | | $ 1,000.00 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____                                    _____
Emiliano Renteria                                           Ezequiel Parra-Gomez

_____
Martha Renteria

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(FT080004236 PFD/FT080004236/1091) June 3, 2008 11:33 AM

08/06/2008 16:02 FAX  7029510523          FIDELITY NATIONAL TITLE                  ☒003/005

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT SETTLEMENT STATEMENT | | | | TYPE OF LOAN: 1.☒FHA  2.☐FMHA  3.☐CONV. UNINS.  4.☐VA  5.☐CONV. INS. |
|---|---|---|---|---|
| | | 6. FILE NUMBER: FTD000 | | 7. LOAN NUMBER: ####2522 |
| | | 8. MORTG. INS. 332-430... | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. (Previous editions are obsolete) (Previous edition form HUD-1(3/86))

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Emiliano Rentana<br>Martha Rentana<br>912 Swiss Street<br>Las Vegas, NV 89110 | Ezequiel Parra-Gomez<br>904 Swiss Street<br>Henderson, NV 89110 | IndyMac Bank, F.S.B.<br>Lending<br>CA 92618-3001 |

| G. PROPERTY LOCATION:<br>912 Swiss Street<br>Las Vegas, NV 89110<br>Clark County, Nevada<br><br>140-30-612-027 | H. SETTLEMENT AGENT:<br>Fidelity National Title Agency of ..., Inc.<br><br>PLACE OF SETTLEMENT:<br>2850 W. Horizon Ridge ...<br>Henderson, NV 89... | I. SETTLEMENT DATE:<br>May 1, 2008<br><br>DISBURSEMENT DATE:<br>May 1, 2008 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 149,7... | 401. Contract Sales Price | 149,700.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | | 403. | 394.73 |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes      to | | 406. City/Town Taxes      to | |
| 107. County Taxes  05/01/08 to 07/01/08 | 2... | 407. County Taxes 05/01/08 to 07/01/08 | 232.47 |
| 108. n/a      to | | 408.     to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 15... | 420. GROSS AMOUNT DUE TO SELLER | 150,327.20 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 11,623.86 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Loan Servicing/325678029 | 133,700.00 |
| 205. Closing Funds | | 505. Loan Servicing/32557983 | 1,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Buyers costs paid by Seller | 4,... | 509. | 4,003.34 |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes    to | | 510. City/Town Taxes    to | |
| 211. County Taxes    to | | 511. County Taxes    to | |
| 212. n/a    to | | 512.    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | | 520. TOTAL AMOUNT DUE SELLER | 150,327.20 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 1... | 601. Gross Amount Due To Seller (Line 420) | 150,327.20 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( ) | 602. Less Reductions in Amount Due Seller (Line 520) | (150,327.20) |
| 303. CASH ( FROM) ( TO ) BORROWER | | 603. CASH ( ) TO ( ) FROM SELLER | 0.00 |

CERTIFIED TO BE A CORRECT COPY OF ORIGINAL. FIDELITY NATIONAL TITLE AGENCY of Nevada, Inc.

HUD-1 (3-86) RESPA, HB4305.2 May 2, 2008 11:52 AM

JUN-06-2008  17:21       INDYMAC BANK                                                        P.02

| | | L. SETT... | | PAID FROM BORROWERS FUNDS AT SETTLEMENT | PAID FROM SELLERS FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | | $ 149,700.00 | | | |
| Division of Commission (line 700) as Follows: | | | | | |
| 701. $ 3,742.50 to Robinson & Associates R | | alty | | | |
| 702. $ 3,742.50 to Robinson & Associates R | | alty | | | |
| 703. Commission Paid at Settlement | | | | | 7,485.00 |
| 704. Earnest Money Deposit | | to | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | | |
| 801. Loan Origination Fee 0.9852 % | | to IndyMac Bank, F.S.B. | | 1,452.09 | |
| 802. Loan Discount % | | to | | | |
| 803. Appraisal Fee | | to Legend Appraisals, Inc | POC | | 400.00 |
| 804. Credit Report | | to Equifax | | 11.00 | |
| 805. Lender's Inspection Fee | | to | | | |
| 806. Mortgage Ins. App. Fee | | to | | | |
| 807. Assumption Fee | | to | | | |
| 808. Tax Service Fee | | to IndyMac Bank, F.S. | | | 75.00 |
| 809. Document Fee | | | | | |
| 810. Loan Processing Fee | | | | | |
| 811. Underwriting Fee | | | | | |
| 812. Underwriting Fee | | to IndyMac Bank, F | | 475.00 | |
| 813. Processing Fee | | to IndyMac Bank, F | | 75.00 | |
| 814. | | | | | |
| 815. ...  | | IndyMac Bank, F | | 7.00 | |
| 816. MERS Registration Fee | | IndyMac Bank, F. | | 4.95 | |
| 817. | | | | | |
| 818. | | | | | |
| 819. | | | | | |
| 820. Yield Spread Premium | | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest From 04/30/08 to 05/01/08 | | @ $ 25.24 /... | | 25.24 | |
| 902. Mortgage Insurance Premium for month to PMI | | | | 2,178.00 | |
| 903. Hazard Insurance Premium for 1.0 years to First American | | | 202484 | 370.00 | |
| 904. Flood Insurance 1.0 Year | | | | | |
| 905. PMI Cost | | @ PMI | | 0.14 | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | | |
| 1001. Hazard Insurance 3 | | 00 months @ | | 92.49 | |
| 1002. Mortgage Insurance | | months @ | | | |
| 1003. City/Town Taxes | | months @ | | | |
| 1004. County Taxes | | months @ | | 390.01 | |
| 1005. n/a | | months @ | | | |
| 1006. Flood Insurance | | months @ | | | |
| 1007. | | months @ | | | |
| 1008. Aggregate Adjustment | | months @ | | | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Escrow Fee | | Fidelity National | | | 5.00 |
| 1102. Escrow Fee bid | | Fidelity National | | | |
| 1103. Exam & Certification | | Fidelity National | | 18.50 | |
| 1104. Title Insurance Binder | | Fidelity National | | | |
| 1105. Document Preparation | | Fidelity National | | | |
| 1106. Notary Fee | | Fidelity National | | | |
| 1107. Attorney's Fees | | Fidelity National | | | |
| (includes above item numbers: | | | | | |
| 1108. Title Insurance | | Fidelity National | | 332.45 | 6.00 |
| (includes above item numbers: | | | | | |
| 1109. Lender's Coverage | | 147,037 | | | |
| 1110. Owner's Coverage | | 149,700 | | | |
| 1111. Endorsements | | Fidelity National | | 25.00 | |
| 1112. Loan Tie In Tracking | | Fidelity National | | | |
| 1113. Courier | | Fidelity National | | | |
| 1114. Wire Fee | | Fidelity National | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. Recording Fees: Deed $ 10.00 | | Mortgage $ | | 68.00 | |
| 1202. City/County Tax/Stamps Deed | | | RPTT | | |
| 1203. State Tax/Stamps Deed | | | | | |
| 1204. Recording Fee - Spousal Deed | | to Fidelity Nat... | | 15.00 | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. Survey | | to | | | |
| 1302. Pest Inspection | | to | | | |
| 1303. County | | to Old Rep... | 1420351 | | 5.00 |
| 1304. Taxes 2007-2008 | | to Clark Co... | 2-027 | | 416.01 |
| 1305. HOA Co. exhibit | | to | | 278.00 | 55.65 |
| 1306. SETTLEMENT CHARGES (Enter on lines 103) | | | | 5,607.87 | |

## CERTIFICATION OF SETTLEMENT AGENT
### IN AN FHA-INSURED LOAN TRANSACTION

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were (i) received, or (ii) paid outside closing, and the funds received have been or will be disbursed by the undersigned as part of the settlement of this transaction. I further certify that I have obtained the above certifications which were executed by the borrower(s) and seller(s) as indicated.

_____ _____
Settlement Agent                  Date

The certifications contained herein may be obtained from the respective parties at different times or may be obtained on separate addenda.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

## CERTIFICATION ADDENDUM TO
## HUD-1 SETTLEMENT STATEMENT

Loan Number: ____2522

Property Address: 912 SWISS STREET, LAS VEGAS, NEVADA 89110

I have carefully reviewed the HUD-1 settlement statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____  X _____
EMILIANO RENTERIA        Borrower      EZEQUIEL PARRA GOMEZ        Seller

_____    _____
MARTHA RENTERIA          Borrower                                  Seller

_____    _____
                         Borrower                                  Seller

_____    _____
                         Borrower                                  Seller

_____    _____
                         Borrower                                  Seller

_____    _____
                         Borrower                                  Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____   _____
Settlement Agent                        Date

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18, U.S. Code Section 1001 and Section 1010.

CERTIFICATION ADDENDUM TO HUD-1 SETTLEMENT STATEMENT
HUD-1 CERT. 6/86

DocMagic eForms 800-649-1362
www.docmagic.com

# CERTIFICATION ADDENDUM TO
# HUD-1 SETTLEMENT STATEMENT

Loan Number: ████2522

Property Address:   912 SWISS STREET, LAS VEGAS, NEVADA 89110

I have carefully reviewed the HUD-1 settlement statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____  Borrower     _____ Seller
EMILIANO RENTERIA                          EZEQUIEL PARRA GOMEZ

_____  Borrower     _____ Seller
MARTHA RENTERIA

_____  Borrower     _____ Seller

_____  Borrower     _____ Seller

_____  Borrower     _____ Seller

_____  Borrower     _____ Seller

*To the best of my knowledge*
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____
Settlement Agent                      Date

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

CERTIFICATION ADDENDUM TO HUD-1 SETTLEMENT STATEMENT
HUD-1 CERT. 6/86

DocMagic eFroms  800-649-1362
www.docmagic.com

# ADDENDUM TO HUD-1 SETTLEMENT STATEMENT

Loan Number: █████2522

Property Address: 912 SWISS STREET, LAS VEGAS, NEVADA 89110

NOTICE TO ALL PARTIES: If information is obtained which indicates that the source of the borrower's financial contribution is other than from the borrower or other than stated by the lender in its closing instructions, the settlement agent is to obtain written instructions from the lender before proceeding with settlement.

## CERTIFICATION OF BUYER
### IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to me (us) or loans that have been or will be assumed by me (us) for purposes of financing this transaction, other than those described in the sales contract dated _____ (including addenda). I certify that I (we) have not been paid or reimbursed for any of the cash downpayment. I certify that I (we) have not and will not receive any payment or reimbursement for any of my (our) closing costs which have not been previously disclosed in the sales contract (including addenda) and/or my application for mortgage insurance submitted to my (our) mortgage lender.

| Borrower EMILIANO RENTERIA | Date | Borrower MARTHA RENTERIA | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

## CERTIFICATION OF SELLER
### IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to the borrower(s), or loans that have been or will be assumed by the borrower(s), for purposes of financing this transaction, other than those described in the sales contract dated _____ (including addenda). I certify that I have not and will not pay or reimburse the borrower(s) for any part of the cash downpayment. I certify that I have not and will not pay or reimburse the borrower(s) for any part of the borrower's closing costs which have not been previously disclosed in the sales contract (including any addenda).

X _[signature]_

| Seller EZEQUIEL PARRA GOMEZ | Date | Seller | Date |
|---|---|---|---|
| Seller | Date | Seller | Date |
| Seller | Date | Seller | Date |

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

# ADDENDUM TO HUD-1 SETTLEMENT STATEMENT

Loan Number: ██████2522

Property Address: 912 SWISS STREET, LAS VEGAS, NEVADA 89110

NOTICE TO ALL PARTIES: If information is obtained which indicates that the source of the borrower's financial contribution is other than from the borrower or other than stated by the lender in its closing instructions, the settlement agent is to obtain written instructions from the lender before proceeding with settlement.

## CERTIFICATION OF BUYER
### IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to me (us) or loans that have been or will be assumed by me (us) for purposes of financing this transaction, other than those described in the sales contract dated _____ (including addenda). I certify that I (we) have not been paid or reimbursed for any of the cash downpayment. I certify that I (we) have not and will not receive any payment or reimbursement for any of my (our) closing costs which have not been previously disclosed in the sales contract (including addenda) and/or my application for mortgage insurance submitted to my (our) mortgage lender.

_____   4/29/08    _____   4.29.08
Borrower EMILIANO RENTERIA   Date     Borrower MARTHA RENTERIA   Date

_____   _____    _____   _____
Borrower                  Date        Borrower                  Date

_____   _____    _____   _____
Borrower                  Date        Borrower                  Date

## CERTIFICATION OF SELLER
### IN AN FHA-INSURED LOAN TRANSACTION

I certify that I have no knowledge of any loans that have been or will be made to the borrower(s), or loans that have been or will be assumed by the borrower(s), for purposes of financing this transaction, other than those described in the sales contract dated _____ (including addenda). I certify that I have not and will not pay or reimburse the borrower(s) for any part of the cash downpayment. I certify that I have not and will not pay or reimburse the borrower(s) for any part of the borrower's closing costs which have not been previously disclosed in the sales contract (including any addenda).

_____   _____    _____   _____
Seller                    Date        Seller                    Date
EZEQUIEL PARRA GOMEZ

_____   _____    _____   _____
Seller                    Date        Seller                    Date

_____   _____    _____   _____
Seller                    Date        Seller                    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details, see: Title 18 U.S. Code Sections 1001 and 1010.

ADDENDUM TO HUD-1 SETTLEMENT STATEMENT
06/30/05                          Page 1 of 2          DocMagic eForms 800-649-1362
                                                       www.docmagic.com

Loan Number: 2522

# INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT

Borrower Name(s) and Address:  
EMILIANO RENTERIA, MARTHA RENTERIA  
912 SWISS STREET  
LAS VEGAS, NV 89110

Servicer's Name, Address, and Toll-Free Number:  
INDYMAC BANK, F.S.B.  
1 BANTING  
IRVINE, CALIFORNIA 92618-3601  
(949) 923-4775

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

YOUR [X] MONTHLY  [ ] BIWEEKLY MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE  
$ 1,125.17       OF WHICH $ 907.49           WILL BE FOR [X] PRINCIPAL AND INTEREST  
[ ] INTEREST ONLY, AND $ 217.68              WILL GO INTO YOUR ESCROW ACCOUNT.

| Period | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
|  |  |  | Initial Deposit: $ | 472.50 |
| 06/01/08 | 217.68 | 60.18 | MORTGAGE INSURANCE | 630.00 |
| 07/01/08 | 217.68 | 60.18 | MORTGAGE INSURANCE | 787.50 |
| 08/01/08 | 217.68 | 60.18 | MORTGAGE INSURANCE |  |
| 08/01/08 |  | 380.00 | COUNTY PROPERTY TAX | 565.00 |
| 09/01/08 | 217.68 | 60.18 | MORTGAGE INSURANCE | 722.50 |
| 10/01/08 | 217.68 | 60.18 | MORTGAGE INSURANCE |  |
| 10/01/08 |  | 380.00 | COUNTY PROPERTY TAX | 500.00 |
| 11/01/08 | 217.68 | 60.18 | MORTGAGE INSURANCE | 657.50 |
| 12/01/08 | 217.68 | 60.18 | MORTGAGE INSURANCE | 815.00 |
| 01/01/09 | 217.68 | 60.18 | MORTGAGE INSURANCE |  |
| 01/01/09 |  | 380.00 | COUNTY PROPERTY TAX | 592.50 |
| 02/01/09 | 217.68 | 60.18 | MORTGAGE INSURANCE | 750.00 |
| 03/01/09 | 217.68 | 60.18 | MORTGAGE INSURANCE |  |
| 03/01/09 |  | 380.00 | COUNTY PROPERTY TAX | 527.50 |
| 04/01/09 | 217.68 | 60.18 | MORTGAGE INSURANCE |  |
| 04/20/09 |  | 370.00 | HAZARD INSURANCE | 315.00 |
| 05/01/09 | 217.68 | 60.18 | MORTGAGE INSURANCE | 472.50 |

Cushion selected by servicer $ 315.00            Total disbursements $ 2,612.16

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.

_signature_ 4/29/08          _signature_ 4/29/08  
Borrower EMILIANO RENTERIA   Date          Borrower MARTHA RENTERIA   Date

Borrower _____ Date          Borrower _____ Date

Borrower _____ Date          Borrower _____ Date

INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT  
01/05/06

DocMagic 800-649-1362  
www.docmagic.com