Loan History



| Activity Date | Due Date | Total Amount | Activity Description | Principal Balance | YTD Interest | Escrow Balance | Partial Balance | Batch | Method |
|---|---|---|---|---|---|---|---|---|---|
| 07/29/2014 | 08/01/2009 | -$157.47 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$12,351.98 | $0.00 | 000039 | Other |
| 07/29/2014 | 08/01/2009 | -$2,061.85 | HAZARD INS PMT | $145,205.27 | $0.00 | -$12,194.51 | $0.00 | A115 | Other |
| 04/25/2014 | 08/01/2009 | $1,483.22 | HAZ INS CREDIT | $145,205.27 | $0.00 | -$10,112.66 | $0.00 | IS0037 | Other |
| 04/24/2014 | 08/01/2009 | -$152.47 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$11,595.88 | $0.00 | ZZ5949 | Other |
| 02/06/2014 | 08/01/2009 | -$2,012.55 | HAZARD INS PMT | $145,205.27 | $0.00 | -$11,443.41 | $0.00 | IS0054 | Other |
| 01/22/2014 | 08/01/2009 | $1,828.59 | HAZ INS CREDIT | $145,205.27 | $0.00 | -$9,430.86 | $0.00 | MDS1 | Other |
| 01/21/2014 | 08/01/2009 | -$152.47 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$10,806.98 | $0.00 | MDS1 | Other |
| 12/17/2013 | 08/01/2009 | -$297.87 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$10,509.11 | $0.00 | A291 | Other |
| 12/17/2013 | 08/01/2009 | -$204.94 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$10,204.17 | $0.00 | F555 | Other |
| 10/18/2013 | 08/01/2009 | -$2,061.85 | HAZARD INS PMT | $145,205.27 | $0.00 | -$8,066.29 | $0.00 | IS0016 | Other |
| 07/05/2013 | 08/01/2009 | -$56.03 | FHA MIP PMT | $145,205.27 | $0.00 | -$8,066.29 | $0.00 | F555 | Other |
| 06/07/2013 | 08/01/2009 | $1,916.44 | HAZ INS CREDIT | $145,205.27 | $0.00 | -$9,962.73 | $0.00 | IS0004 | Other |
| 06/07/2013 | 08/01/2009 | -$56.03 | FHA MIP PMT | $145,205.27 | $0.00 | -$9,926.70 | $0.00 | A128 | Other |
| 05/09/2013 | 08/01/2009 | $450.77 | HAZ INS CREDIT | $145,205.37 | $0.00 | -$10,377.47 | $0.00 | | Other |
| 05/08/2013 | 08/01/2009 | -$2,061.85 | HAZARD INS PMT | $145,205.27 | $0.00 | | | | |

Page: 1 of 3      ◁| Previous 1 2 3 Next |▷

9/11/2014

Loan History



**Bank of America** | Loan History Information System

Ryan Zaman | Help
Thursday, September 11, 2014

Search

Account Number: [████]683 Go
Borrower: EMILIANO RENTERIA

**Bank of America Home Loans**

○ Current  ○ Additional  ○ Archived  ☐ Show Internal   From [   ]  To [   ]  Filter  Refresh

184719683 [7] - FHA

Customer Relationship

| Activity Date | Due Date | Total Amount | Activity Description | Principal Balance | YTD Interest | Escrow Balance | Partial Balance | Batch | Method |
|---|---|---|---|---|---|---|---|---|---|
| 05/06/2013 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$8,295.82 | $0.00 | F555 | Other |
| 04/04/2013 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$8,238.65 | $0.00 | F555 | Other |
| 03/06/2013 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$8,181.68 | $0.00 | F555 | Other |
| 02/12/2013 | 08/01/2009 | -$163.85 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$8,124.71 | $0.00 | ZZ7362 | Other |
| 02/06/2013 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$7,960.86 | $0.00 | F555 | Other |
| 01/07/2013 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$7,903.89 | $0.00 | F555 | Other |
| 12/10/2012 | 08/01/2009 | -$1,166.89 | HAZARD INS PMT | $145,205.27 | $0.00 | -$7,846.92 | $0.00 | A345 | Other |
| 12/06/2012 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$6,680.03 | $0.00 | F555 | Other |
| 12/05/2012 | 08/01/2009 | -$163.85 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$6,623.06 | $0.00 | ZZ3414 | Other |
| 11/06/2012 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$6,459.21 | $0.00 | F555 | Other |
| 10/04/2012 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$6,402.24 | $0.00 | F555 | Other |
| 10/02/2012 | 08/01/2009 | $1,608.44 | HAZ INS CREDIT | $145,205.27 | $0.00 | -$6,345.27 | $0.00 | IS0002 | Other |
| 09/24/2012 | 08/01/2009 | -$163.85 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$7,953.71 | $0.00 | ZZ0724 | Other |
| 09/07/2012 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$7,769.86 | $0.00 | F555 | Other |
| 08/07/2012 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$7,732.89 | $0.00 | F555 | Other |

Page: 2 of 3          ◁ Previous 1 2 **3** Next ▷

https://lhis/Default.aspx?                                                                 9/11/2014

Loan History                                                                                    Page 1 of 1



**Bank of America** | Loan History Information System

Ryan Zaman | Help
Thursday, September 11, 2014

Search

Account Number: ████9683 [Go]

Borrower: EMILIANO RENTERIA   »   ● Current   ○ Additional   ○ Archived   ☐ Show Internal   From [     ]   To [     ]   [Filter] [Refresh]

**Bank of America Home Loans**

184719683 [7] – FHA

[ Customer Relationship ]

| Activity Date | Due Date | Total Amount | Activity Description | Principal Balance | YTD Interest | Escrow Balance | Partial Balance | Batch | Method |
|---|---|---|---|---|---|---|---|---|---|
| 07/30/2012 | 08/01/2009 | -$164.15 | COUNTY TAX PMT | $145,205.27 | $0.00 | -$7,675.92 | $0.00 | ZZ8380 | Other |
| 07/09/2012 | 08/01/2009 | -$2,081.85 | HAZARD INS PMT | $145,205.27 | $0.00 | -$7,511.77 | $0.00 | A191 | Other |
| 07/09/2012 | 08/01/2009 | $531.00 | HAZ INS CREDIT | $145,205.27 | $0.00 | -$5,429.92 | $0.00 | IS0013 | Other |
| 07/06/2012 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$5,960.92 | $0.00 | F555 | Other |
| 06/06/2012 | 08/01/2009 | -$56.97 | FHA MIP PMT | $145,205.27 | $0.00 | -$5,903.95 | $0.00 | F555 | Other |
| 05/04/2012 | 08/01/2009 | -$57.85 | FHA MIP PMT | $145,205.27 | $0.00 | -$5,846.98 | $0.00 | F555 | Other |

Page: 3 of 3                   ◁| Previous 1 **2** 3 Next |▷