DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WASHINGTON & SANDHILL HOMEOWNERS ASSOCIATION, | Case No. 2:13-cv-01845-GMN-GWF |
| Plaintiff -Appellant, | |
| v. | |
| BANK OF AMERICA, N.A., dba BAC Home Loans Servicing, fka Countrywide Home Loan Servicing, LP; JULIAN CASTRO, Secretary of Housing and Urban Development, | |
| Defendants - Appellees. | |

## NOTICE OF DISCLAIMER OF INTEREST

The Secretary of Housing and Urban Development, Julian Castro, hereby disclaims all interest in the property that is the subject of this litigation.

Respectfully submitted this 18th day of September 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

**PROOF OF SERVICE**

I, Troy K. Flake, certify that the following individual was served with the **DISCLAIMER OF INTEREST** on the date and via the method of service indicated below:

<u>**Electronic Case Filing**</u>:

Charles L. Geisendorf
Charles L. Geisendorf, Ltd.
2300 W. Sahara Avenue, Suite 650
Las Vegas, Nevada 89102
charles@clgltd.com

*Attorney for Plaintiff-Appellant*


Steven G. Shevorski
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
steven.shevorski@akerman.com

*Attorney for Defendant-Appellee Bank of America, N.A.*


Dated: September 18, 2015.

/s/ Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney